```
                                             FILED
                                    CLERK, U.S. DISTRICT COURT

                                         JUL - 7 2016

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    EASTERN DIVISION     BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK ANTHONY CADENA,<br><br>        Defendant. | Case No.: CR 11-758<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

        (X)    information in the Pretrial Services Report and Recommendation

        (X)    information in the violation petition and report(s)

        (X)    the defendant's nonobjection to detention at this time

        ( )    other:_____

1         and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

        (X)   information in the Pretrial Services Report and Recommendation

        (X)   information in the violation petition and report(s)

        (X)   the defendant's nonobjection to detention at this time

        ( )   other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 7, 2016

*Kenly Kato*
KENLY KIYA KATO
United States Magistrate Judge